**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00802-CR

**ZACHARY DEAN DERRICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR13-0331**

## ORDER

We **GRANT** Official Court Reporter Deborah K. Hamon's September 11, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **SEVEN DAYS** from the date of this order.

/s/      LANA MYERS
   JUSTICE